■ STATE DIVISION OF HUMAN RIGHTS, Petitioner, v STATE OF NEW YORK, DEPARTMENT OF MENTAL HYGIENE, ROME DEVELOPMENTAL CENTER, Respondent. — Determination and order unanimously confirmed, without costs, and petitions granted in accordance with the same memorandum as in *State Div. of Human Rights v State of New York, Dept. of Mental Hygiene, Rome Developmental Center* (85 AD2d 915). (Proceeding pursuant to Executive Law, § 298.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.